(114 So. 70)

**Dutch JONES v. STATE.    (7 Div. 776.)**

Supreme Court of Alabama.    Oct. 13, 1927.

Certiorari to Court of Appeals.

Longshore & Longshore, of Gadsden, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

THOMAS, J. Petition of Dutch Jones for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Jones v. State, 114 So. 69.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BROWN, JJ., concur.